**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Antonio Montana BOYD, a/k/a Josh Poole, a/k/a Ya Yo, Defendant–Appellant.**

**No. 15–6126.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2015.

Decided: June 18, 2015.

Antonio Montana Boyd, Appellant Pro Se. Stephen Aubrey West, Assistant United States Attorney, Eric David Goulian, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before GREGORY, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Montana Boyd appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Boyd,* No. 5:09–cr–00208–FL–1 (E.D.N.C. Jan. 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*